No. 380, Misc.  LEE v. HAND, WARDEN, ET AL.  Supreme Court of Kansas.  Certiorari denied.

No. 390, Misc.  CARPENTER v. KLINGER ET AL.  Supreme Court of California.  Certiorari denied.

No. 412, Misc.  COOPER v. LAVALLEE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 421, Misc.  WILSON v. FLORIDA.  C. A. 5th Cir. Certiorari denied

No. 427, Misc.  BLAIR, ALIAS BROWN, v. OKLAHOMA. Criminal Court of Appeals of Oklahoma.  Certiorari denied.

No. 442, Misc.  BAILEY v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner pro se.  Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg and Kirby W. Patterson for the United States.

No. 443, Misc.  UNITED STATES EX REL. CALDWELL v. MARTIN, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 444, Misc.  CARAKER v. COCHRAN, DIRECTOR, DIVISION OF CORRECTIONS.  Supreme Court of Florida. Certiorari denied.

No. 452, Misc.  GROVE v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 454, Misc.  WEST v. VIRGINIA ET AL.  Supreme Court of Appeals of Virginia.  Certiorari denied.